# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| | | |
|---|---|---|
| Case No: | 10-70825   TJT   Judge: THOMAS J. TUCKER | Trustee Name: BASIL T. SIMON, TRUSTEE |
| Case Name: | HERMILLER, DALE R | Date Filed (f) or Converted (c): 10/05/10 (f) |
| | | 341(a) Meeting Date: 11/02/10 |
| For Period Ending: 09/30/13 | (6th reporting period for this case) | Claims Bar Date: 05/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2203 RED MAPLE TROY, MI 48098 | 295,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 550.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. REFRIGERATOR | 250.00 | 0.00 | | 0.00 | FA |
| 5. COOKING STOVE | 275.00 | 0.00 | | 0.00 | FA |
| 6. WASHER AND DRYER | 300.00 | 0.00 | | 0.00 | FA |
| 7. COOKWARE | 100.00 | 0.00 | | 0.00 | FA |
| 8. LIVING ROOM FURNITURE | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. DINING ROOM FURNITURE | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. TELEVISIONS | 600.00 | 0.00 | | 0.00 | FA |
| 11. BEDROOM FURNITURE | 2,200.00 | 0.00 | | 0.00 | FA |
| 12. CLOTHING | 450.00 | 0.00 | | 0.00 | FA |
| 13. WEDDING RING | 500.00 | 0.00 | | 0.00 | FA |
| 14. TERM LIFE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 15. IRA-RAYMOND JAMES # 76255789 | 197,140.00 | 0.00 | | 0.00 | FA |
| 16. IRA RAYMOND JAMES #77721079 | 419,392.00 | 0.00 | | 0.00 | FA |
| 17. IRA TD AMERICAN ROTH #409-94961 | 2,266.00 | 0.00 | | 0.00 | FA |
| 18. IRA TD AMERICAN #884-165964 | 17,458.00 | 0.00 | | 0.00 | FA |
| 19. IRA AVIS BUDGETGROUP/MERRILL LYNCH #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 | 24,274.00 | 0.00 | | 0.00 | FA |
| 20. IRA OMNICOM #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 | 63,947.00 | 0.00 | | 0.00 | FA |
| 21. IRA TELETECH WELLS FARGO #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 | 10,458.00 | 0.00 | | 0.00 | FA |
| 22. IRA C/O PENSCO TRUST | 213,970.00 | 30,000.00 | | 35,000.00 | FA |
| 23. MOTOR CITY ASSOCIATES, LLC 1% EQUITY OWNER | 4,248.00 | 0.00 | | 0.00 | FA |
| 24. DRH HOLDINGS, LLC 1% EQUITY OWNER | 2,140.00 | 0.00 | | 0.00 | FA |
| 25. HHJ MOTORS, LLC 99% EQUITY OWNER | Unknown | 0.00 | | 0.00 | FA |
| 26. ARNOLD HYUNDAI, LLC 62.5 % EQIUITY OWNER | Unknown | 0.00 | | 0.00 | FA |
| 27. SATISFACTION ENTERPRISES, INC 1% EQUITY OWNER | Unknown | 0.00 | | 0.00 | FA |
| 28. REAL ESTATE ASSOCIATES LTD VI 50% EQUITY OWNER | Unknown | 0.00 | | 0.00 | FA |
| 29. VICTORY HYUNDAI, LLC 1% EQUITY OWNER | Unknown | 0.00 | | 0.00 | FA |
| 30. SPEEDWAY HOLDINGS, LLC 50% EQUITY OWNER | Unknown | 0.00 | | 0.00 | FA |
| 31. EMPIRE SUZUKI, LLC 70% EQUITY OWNER | Unknown | 0.00 | | 0.00 | FA |
| 32. LAWSUIT AGANST ARNOLD AUTOMOTIVE, LTD HERMILLER V | Unknown | 0.00 | | 0.00 | FA |
| 33. LAWNMOWER | 150.00 | 0.00 | | 0.00 | FA |
| 34. REVOCABLE LIVING TRUST (u)   Per Amendment date: 11/17/10 | 295,000.00 | 0.00 | | 0.00 | FA |
| 35. CAUSE OF ACTION VS. MITSUBISHI MOTORS (u) | 15,000.00 | 15,000.00 | | 60,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,572,168.00 | $45,000.00 | | $95,000.00 | Value of Remaining Assets $0.00 (Total Dollar Amount |

| Case No: | 10-70825 TJT Judge: THOMAS J. TUCKER | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | HERMILLER, DALE R | Date Filed (f) or Converted (c): | 10/05/10 (f) |
| | | 341(a) Meeting Date: | 11/02/10 |
| | | Claims Bar Date: | 05/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

08/21/13 - REVIEW OF CLAIMS AND OBJECTION TO SAME, IF NECESSARY.
08/21/13 - FINAL FEE APPLICATIONS TO BE FILED.

Initial Projected Date of Final Report (TFR): 06/30/13    Current Projected Date of Final Report (TFR): 03/31/14

/s/    BASIL T. SIMON, TRUSTEE
_____    Date: 10/07/13
BASIL T. SIMON, TRUSTEE
SIMON, STELLA & ZINGAS, P.C.
645 GRISWOLD
SUITE 3466
DETROIT, MI 48226-4216
Phone: (313) 962-6400
Email: bsimon@sszpc.com
Bar Number: P26340

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 10-70825 -TJT | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | HERMILLER, DALE R | Bank Name: | BANK OF KANSAS CITY |
|  |  | Account Number / CD #: | *******0203 Checking |
| Taxpayer ID No | *******7140 |  |  |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $ 2,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| Ct 01/18/13 |  | Trsf In From CAPITAL ONE | INITIAL WIRE TRANSFER IN | 9999-000 | 1,000.00 |  | 1,000.00 |
| C 03/14/13 |  | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 |  | 1.34 | 998.66 |
| C 04/12/13 |  | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 |  | 1.49 | 997.17 |
| C 08/13/13 | 35 | DALE HERMILLER | SETTLEMENT P/O 08/02/13 | 1249-000 | 59,000.00 |  | 59,997.17 |
| C 08/21/13 | 22 | MITSUBISHI MOTORS CREDIT OF AMERICA, INC | SETTLEMENT P/O 05/20/13 | 1149-000 | 17,500.00 |  | 77,497.17 |
| C 08/21/13 | 22 | MITSUBISHI MOTORS NORTH AMERICA, INC. | SETTLEMENT P/O 05/20/13 | 1149-000 | 17,500.00 |  | 94,997.17 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account |  | Balance Forward | 0.00 |  | 0 Checks | 0.00 |
|---|---|---|---|---|---|---|
| *******0203 | 3 | Deposits | 94,000.00 |  | 2 Adjustments Out | 2.83 |
|  | 0 | Interest Postings | 0.00 |  | 0 Transfers Out | 0.00 |
|  |  | Subtotal | $ 94,000.00 |  | Total | $ 2.83 |
|  | 0 | Adjustments In | 0.00 |  |  |  |
|  | 1 | Transfers In | 1,000.00 |  |  |  |
|  |  | Total | $ 95,000.00 |  |  |  |

| Case No: | 10-70825 -TJT | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HERMILLER, DALE R | | Bank Name: | CAPITAL ONE |
| | | | Account Number / CD #: | *******5904 Checking |
| Taxpayer ID No: | *******7140 | | | |
| For Period Ending: | 09/30/13 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 02/14/12 | 35 | DALE HERMILLER | SETTLEMENT P/O 08/02/13 | 1249-000 | 1,000.00 | | 1,000.00 |
| C t 01/18/13 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 1,000.00 | 0.00 |

\* Reversed  
t Funds Transfer  
C Bank Cleared

| Account | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| *******5904 | 1 | Deposits | 1,000.00 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 1,000.00 |
| | | Subtotal | $ 1,000.00 | | | |
| | | | | | Total | $ 1,000.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 1,000.00 | | | |

Report Totals

| | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 4 Deposits | 95,000.00 | | 0 | Checks | 0.00 |
| 0 Interest Postings | 0.00 | | 2 | Adjustments Out | 2.83 |
| | | | 1 | Transfers Out | 1,000.00 |
| Subtotal | $ 95,000.00 | | | | |
| | | | | Total | $ 1,002.83 |
| 0 Adjustments In | 0.00 | | | | |
| 1 Transfers In | 1,000.00 | | | | |
| Total | $ 96,000.00 | | | Net Total Balance | $ 94,997.17 |

Trustee's Signature: /s/ BASIL T. SIMON, TRUSTEE  Date: 10/07/13

BASIL T. SIMON, TRUSTEE  
SIMON, STELLA & ZINGAS, P.C.  
645 GRISWOLD  
SUITE 3466  
DETROIT, MI 48226-4216  
Phone: (313) 962-6400  
Email: bsimon@sszpc.com  
Bar Number: P26340